On respondent's motion to dismiss filed November 2, and appellant's response to motion to dismiss filed November 18, 1998, motion allowed; opinion (157 Or App 189, 966 P2d 832 (1998)) vacated; appeal dismissed February 24, 1999

## ROLAND J. MONTOYA,
*Appellant,*

*v.*

## Dan JOHNSON,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

(97-06-28971M; CA A100422)

976 P2d 81

Bob Pangburn for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Judy C. Lucas, Assistant Attorney General, for respondent.

Before De Muniz, Presiding Judge, and Haselton and Armstrong, Judges.

PER CURIAM

**PER CURIAM**

Respondent has moved pursuant to ORAP 7.05 to dismiss this appeal as moot under the rationale of *Jones v. Thompson*, 156 Or App 226, 968 P2d 380 (1998). We grant and allow the motion and vacate our prior opinion. *Montoya v. Johnson*, 157 Or App 189, 966 P2d 832 (1998).

Motion allowed; opinion vacated; appeal dismissed.